EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Violent Crimes Section Chief

KRISTIN L. COCCARO
Special Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 449-1737 ext. 234
Facsimile: (808) 448-0999
Email: Kristin.coccaro@hickam.af.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR. NO. 03-00242 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | WITHOUT PREJUDICE |
| JUNE D. CROSSMAN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney hereby dismisses, without prejudice, the information against JUNE D. CROSSMAN, the defendant. The

//

//

defendant has successfully completed the Pre-Trial Diversion Program.

DATED: _April 22, 2004_, at Honolulu, Hawaii.

                      EDWARD H. KUBO, JR.
                      United States Attorney
                      District of Hawaii

By _/s/_
KRISTIN L. COCCARO
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:

**KEVIN S.C. CHANG**　　　　　　　　　　　APR 22 2004
_____　　　　　　　_____
UNITED STATES MAGISTRATE JUDGE　　　　　DATED

United States v. Crossman
Cr. No. 03-00242
"Order for Dismissal"